Timothy J. Eckstein, 018321
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9316
Facsimile: (602) 664-2069
E-mail: teckstein@omlaw.com

Attorneys for Experian Information Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANTONIO ALVANDE, a single man, | Case No. _____ |
| Plaintiff, | (Removed from Arizona Superior Court Case No. CV2007-012047) |
| vs. | |
| EXPERIAN CORPORATION, Corporation, DONALD GIRARD, Vice President, in his individual and personal capacities, et al., | **NOTICE OF REMOVAL OF ACTION** |
| | Complaint Filed: July 3, 2007 |
| | Trial Date: None Assigned |
| Defendant. | |

Pursuant to 28 U.S.C. § 1441, Defendant Experian Information Solutions, Inc. ("Experian"), erroneously sued as Experian Corporation, and Donald Girard, Public Relations Director for Experian ("Donald Girard"), erroneously sued as Donald Girard, Vice President, (collectively "Experian") hereby files its Notice of Removal of the above-captioned action to this Court, and states as follows:

1.  Experian is a named Defendant in Civil Action No. CV2007-012047 filed in the Superior Court for the State of Arizona, County of Maricopa (the "State Court Action").

2.  The original Complaint in the State Court Action was filed with the Clerk of the Arizona Superior Court on July 3, 2007. Defendant Experian was served with the Complaint on September 24, 2007. Defendant Experian filed its answer to the State Court Action on October 9, 2007.

3. This Notice is being filed with this Court within thirty (30) days after Defendant Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. A copy of all process, pleadings, and orders served upon the Defendant in the State Court Action is attached hereto as Exhibit A.

5. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

6. The claims for relief against Experian alleged in the State Court Action arise under the Consumer Protection Act, Chapter 41 of 15 U.S.C. The Consumer Protection Act is the name of the related statues which deal with lending and credit reporting, namely, the Fair Credit Reporting Act. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. §§ 1441(a) and (b).

7. At the present time and at the time of the commencement of the State Court Action, Plaintiff is and was an individual citizen of the State of Arizona.

8. At the present time and at the time of the commencement of the State Court Action, Experian is and was a corporation incorporated under the laws of the State of Ohio with its principal place of business in Orange, California.

9. The amount in controversy in the State Court Action, including the punitive damages sought, exceeds the sum of $75,000.00, exclusive of interest and costs.

1    10.   Accordingly, this Court also has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.  The above-captioned action may properly be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and (b).

11.   Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

DATED this 18th day of October, 2007.

OSBORN MALEDON, P.A.


By   s/ Timothy J. Eckstein
     Timothy J. Eckstein
     2929 North Central Avenue
     Suite 2100
     Phoenix, Arizona  85012-2793

Attorneys for Experian Information Solutions, Inc.

I hereby certify that on October 18, 2007 I served the attached document by mail on the following, who is not a registered participant of the CM/ECF System**:**

Antonio Alvande
Post Office Box 7034
Phoenix, Arizona 85011-7034

Plaintiff Pro Per


s/ Dawn M. Dybdahl
1774658_1