# EXHIBIT A

MICHAEL K. JEANES, CLERK
BY ~~M.~~ *M. Knox* DEP

FILED

2007 JUL -3 PM 5: 13

Name of Person Filing Document: ANTONIO ALVANDE
Your Address: PO BOX 7034
Your City, State, and Zip Code: PHOENIX AZ 85011-7034
Your Telephone Number: _____
Attorney Bar Number (if applicable): _____
Representing ☑ (Self) (Without an Attorney) OR
☐ Attorney for ☐ Petitioner ☐ Respondent

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

ANTONIO ALVANDE
Name of Petitioner/Plaintiff

VS

EXPERIAN CORPORATION

Name of Respondent/Defendant

Case Number: CV2007-012047

## APPLICATION FOR DEFERRAL
## OF COURT FEES AND/OR COSTS
## AND
## CONSENT TO ENTRY OF JUDGMENT

STATE OF ARIZONA          )
                          ) ss
COUNTY OF MARICOPA        )

---

**IMPORTANT**
This *"Application for Deferral of Court Fees and/or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a Notice of Court Fees and Costs Due indicating how much is owed and what step you must take to avoid a judgment against you if you are still unable to pay. Addition details about this process are discussed in the **"Consent to Entry of Judgment"** Section of this Application.

---

**STATEMENTS MADE TO THE COURT UNDER OATH OR AFFIRMATION.** I swear or affirm that the information in this application is true and correct. I make this statement under the penalty of prosecution for perjury if it is determined that I did not tell the truth.

I am requesting a ~~deferral~~ of the following fees and/or costs in my case:

☑ Any or all of the following: All filing fees, fees for the issuance of either a summons and subpoena, or fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☐ Fees for service of process by a sheriff, marshal, constable or local law enforcement agency (fill out separate affidavit form).

☐ Fees for service by publication (fill out separate affidavit form).
☐ Filing fees and photocopy fees for the preparation of the record on appeal.
☐ Court reporter's fees of reporters or transcribers employed by the court for the preparation of the transcript.

The basis for the request is:

1. ☐ WAIVER: I am permanently unable to pay. My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and unlikely to change in the foreseeable future.

© Superior Court of Arizona in Maricopa County
September 14, 2006
ALL RIGHTS RESERVED
ADW

Page 1 of 4

GNF11f
Use current form

Case No. _____

**2.**   ☒ **DEFERRAL:**

**A.**   ☐ I receive governmental assistance from the state/federal program(s) marked below:
☐ Temporary Assistance to Needy Families (TANF)     ☐ Food Stamps
☐ Supplemental Security Income (SSI)     ☐ General Assistance (GA)

If you marked either boxes 1 or 2A, you must complete the Financial Questionnaire. You **MUST** sign in front of the court clerk, if completed in person or a notary public if submitted by mail or a third party.  Please be prepared to submit proof that you receive governmental assistance.  If you are submitting this application by mail or a third party, please attach a photocopy of that proof.

**OR**

**B.**   ☒ My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court.

NOTE:  To determine whether income is insufficient or barely sufficient, the court will review your income and expenses.  Among the factors the court may consider are:
1.   Whether your gross income as computed on a monthly basis is 150% or less of the current federal poverty level.  Gross monthly income includes your share of community property income available to you.
2.   If your income is greater than 150% of the poverty level, but you have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that the court finds are extraordinary that reduce your gross monthly income to at or below 150% of the poverty level.

**OR**

**C.**   ☒ I do not have the money to pay court filing fees and/or costs now.  I can pay the filing fees and/or costs at a later date.  Explain. _____
_____
_____

If you checked either boxes 2B or 2C, you must complete the Financial Questionnaire.  You must sign this application in front of the court clerk or a notary public, if submitted by mail or a third party.

**FINANCIAL QUESTIONNAIRE**

**SUPPORT RESPONSIBILITIES:** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

NAME  Antonio Alvande        RELATIONSHIP  Self
_____        _____

**STATEMENT OF INCOME AND EXPENSES**

**ASSISTANCE:**  I receive assistance from:
☐  Arizona Health Care Cost Containment System (AHCCCS)
☐  Arizona Long Term Care System (ALTCS)
☐  Other (explain): _____

**MONTHLY INCOME:**  My monthly income is:
Monthly gross income:            $ _____
Employer name: _____
Employer address: _____

© Superior Court of Arizona in Maricopa County
September 14, 2006
ALL RIGHTS RESERVED
ADW

Page 2 of 4

GNF11f
Use current form

Case No. _____

Employed since (month/year): _06_/_2005_ _____

Other current monthly income, including spousal
maintenance/support, retirement, rental, interest, pensions,
scholarships, grants, royalties, lottery winnings
(explain amount and source):                              $ _____⊘_____

_____

My spouse's monthly gross income (if available to me):   $ _NA None_

**TOTAL MONTHLY INCOME:**                                 $ _____⊘_____

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

|                                         | PAYMENT AMOUNT | LOAN BALANCE |
|-----------------------------------------|----------------|--------------|
| Rent/Mortgage payment                   | $ ⊘            | $ ⊘          |
| Car Payment                             | $ ⊘            | $ ⊘          |
| Credit Card Payments                    | $ ⊘            | $ ⊘          |
| Explain:                                |                |              |
| Other payments & debts                  | $ ⊘            | $ ⊘          |
| Explain:                                |                |              |
| Food/Household supplies                 | $ ⊘            |              |
| Utilities/Telephone                     | $ ⊘            |              |
| Clothing                                | $ ⊘            |              |
| Medical/Dental/Drugs                    | $ ⊘            |              |
| Health Insurance                        | $ ⊘            |              |
| Nursing care                            | $ ⊘            |              |
| Laundry                                 | $ ⊘            |              |
| Child Support                           | $ ⊘            |              |
| Child Care                              | $ ⊘            |              |
| Spousal Maintenance                     | $ ⊘            |              |
| Car Insurance                           | $ ⊘            |              |
| Gasoline/Bus Fare                       | $ ⊘            |              |
| Contributions to Employer or Other Retirement Account | $ ⊘ |     |
| **TOTAL MONTHLY PAYMENTS**              |                | $ ⊘          |

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty. Equity is defined as market value minus any liens or loans.

| ESTIMATED VALUE                        |         |
|----------------------------------------|---------|
| Cash and Bank Accounts                 | $ ⊘     |
| Credit Union Accounts                  | $ ⊘     |
| Equity in:                             |         |
| 1. Home                                | $ ⊘     |
| 2. Other property                      | $ ⊘     |
| 3. Cars/other vehicles                 | $ ⊘     |
| Other, including stocks, bonds, etc.   | $ ⊘     |
| Retirement Accounts                    | $ ⊘     |
| **TOTAL ASSETS:**                      | $ ⊘     |

**EXTRAORDINARY EXPENSES:** For example, unusual medical needs, financial hardship, costs of care of elderly or disabled family members.  (Proof must be submitted.)

© Superior Court of Arizona in Maricopa County
September 14, 2006
ALL RIGHTS RESERVED
ADW

GNF11f
Use current form

Case No. _____

| DESCRIPTION | AMOUNT |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| **TOTAL EXTRAORDINARY EXPENSES** | $ _____ |

> **NOTE:** If you receive a deferral and have unpaid fees at the end of your case you will receive a Notice of Court Fees and Costs Due. This is to remind you that you may submit a supplemental application for further deferral or waiver if you believe you need more time to pay or cannot afford to pay your court fees and costs. The court will decide at that time whether or not you must pay. If you do not file a supplemental application, the original deferral order remains in effect and a consent judgment may be entered against you if you do not pay within thirty calendar days after entry of final judgment.
>
> If your case is dismissed for any reason, the fees and costs are still due.

**CONSENT TO ENTRY OF JUDGMENT:** By signing this Application, I agree that a judgment may be entered against me for all fees and/or costs that are deferred but remain unpaid after thirty (30) calendar days after entry of final judgment. Judgment may be entered against me unless any one of the following applies:

A.  Fees and costs are taxed to another party;
B.  I have an established schedule of payments in effect and I am current with those payments;
C.  I filed a supplemental application for waiver of further deferral of fees and costs and ad decision by the court is pending;
D.  In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or
E.  Within twenty days of the date the court denies the supplemental application, I either:
   1.  Pay the fees and/or costs; or,
   2.  Request a hearing on the court's order denying waiver or further deferral. If I request a hearing, the court cannot enter the consent judgment unless a hearing is held, waiver or further deferral is denied and payment has not been made within the time prescribed by the court.

If you appeal the final decision in your case, a consent judgment for deferred fees and/or costs that remain unpaid in the lower court shall not be entered until after the appeals process is concluded.

### OATH OR AFFIRMATION

The contents of this document are true and correct to the best of my knowledge and belief.

_June 12, 2007_
Date

_Signature_

ANTONIO J ALVANDE
Printed Name

_June 12, 2007_
Date Signed or Affirmed

_Judicial Officer, Deputy Clerk or Notary Public_

My Commision Expires/Seal:

_SEP. 21, 2010_

URIEL HERRERA
Notary Public - Arizona
Maricopa County
My Comm. Expires Sep 21, 2010

© Superior Court of Arizona in Maricopa County
September 14, 2006
ALL RIGHTS RESERVED
ADW

Page 4 of 4

GNF11f
Use current form

FOR CLERK'S USE ONLY
MICHAEL K. JEANES, CLERK
BY *M. Knox* DEP
FILED
2007 JUL -3 PM 5: 13

CV2007-012047

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

ANTONIO ALVANDE
Name of Petitioner/Plaintiff

Case Number: _____

**ORDER REGARDING DEFERRAL OR WAIVER OF COURT FEES AND COSTS AND NOTICE REGARDING CONSENT JUDGMENT**

EXPERIAN CORPORATION
Name of Respondent/Defendant

**THE COURT FINDS** that the applicant (print name): Antonio Alvande :

1. ☐ **IS NOT ELIGIBLE FOR A DEFERRAL** of fees and/or costs.
   **OR**

2. ☐ **IS ELIGIBLE FOR A DEFERRAL** of fees and costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.
   **OR**

3. ☑ **IS ELIGIBLE FOR DEFERRAL** of fees and/or costs at the court's discretion. (A.R.S. §12-302(L)).
   **OR**

4. ☐ **IS ELIGIBLE FOR DEFERRAL** of fees and costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

5. ☐ **IS ELIGIBLE FOR WAIVER** of fees and costs because the applicant is permanently unable to pay.

6. ☐ **IS ELIGIBLE FOR WAIVER** of fees and costs at the court's discretion (A.R.S. §12-302(L)).

7. ☐ **IS NOT ELIGIBLE FOR WAIVER** of fees and costs.

## IT IS ORDERED:

1. ☐ **DEFERRAL DENIED** for the following reason(s):
   ☐   The application is incomplete because _____

   _____

   _____

   _____

   _____

   _____

© Superior Court of Arizona in Maricopa County
September 14, 2005
ALL RIGHTS RESERVED
ODF

Page 1 of 3

GNF18f
Use current form

Case No. _____

**You are encouraged to submit a complete application.**

☐ The applicant does not meet the financial criteria for deferral because:

_____

_____

_____

A deferral MUST BE granted if the applicant is receiving public assistance benefits or has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and/or costs necessary to gain access to the court or if the applicant demonstrates other good cause.

2. ☑ **DEFERRAL GRANTED** for the following fees and/or costs in this court:

    ☐ Any or all filing fees; fees for the issuance of a summons and subpoena; fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

    ☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

    ☐ Fees for service by publication.

    ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

    ☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**IF A DEFERRAL IS GRANTED:**

☑ **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE**

☐ **SCHEDULE OF PAYMENTS**

The applicant shall pay $_____ each _____ (week, month, etc.) until paid in full, beginning_____

3. ☐ **WAIVER DENIED** for all fees and/or costs of this case.

4. ☐ **WAIVER GRANTED** for all fees and/or costs of this case that may be waived under A.R.S. §12-302(H).

    ☐ Any or all filing fees; fees for the issuance of a summons and subpoena; fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

    ☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

    ☐ Fees for service by publication.

    ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

    ☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

5. **RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after the judicial review. The judicial review shall be held as soon as reasonably possible.

6. **NOTICE REGARDING CONSENT JUDGMENT.** Unless any one of the following applies, a consent judgment shall be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment.

© Superior Court of Arizona in Maricopa County
September 14, 2006
ALL RIGHTS RESERVED
ODF

GNF18f
Use current form

Case No. _____

A. Fees and costs are taxed to another party;
B. The applicant has an established schedule of payments in effect and is current with those payments;
C. The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;
D. In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or
E. Within twenty days of the date the court denies the supplemental application, the applicant either:

    1. Pays the fees and/or costs; or,

    2. Requests a hearing on the court's order denying waiver or further deferral. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further waiver or deferral is denied and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and/or costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and/or costs and for entry of a consent judgment continue to apply.

If a consent judgment is signed and the applicant pays the fees and/or costs in full, the court is required to comply with the provisions of A.R.S. 33-964(C).

7. **DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral shall promptly notify the court of the change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and/or costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: **JUL 0 3 2007**

☐ Judicial Officer or ☑ Special Commissioner

© Superior Court of Arizona in Maricopa County
September 14, 2006
ALL RIGHTS RESERVED
ODF

Page 3 of 3

GNF18f
Use current form

MICHAEL K. JEANES
Clerk of the Superior Court

By MIREKA KNOX, Deputy
Date 07/03/2007 Time 05:22 PM
Description     Qty        Amount
——— CASE# CV2007-012047 ———
CIVIL NEW COMPLAINT 001   245.00 (D)
02 PRO PER

TOTAL AMOUNT             245.00
DEFERRED/WAIVED AMOUNT   245.00
AMOUNT PAID                0.00
Receipt# 00009034686
(D)eferred Fee - (W)aived Fee

CV2007-012047

1  Antonio Alvande
   P.O. Box 7034
2  Phoenix Arizona 85011-7034
   (PH #) (702) 528-5647
3  Plaintiff

4

5          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

6            IN AND FOR THE COUNTY OF MARICOPA

7  ANTONIO ALVANDE, a single man.        )
                                         )
8          Plaintiff                     )   NO. CV2007-012047
                                         )
9  vs.                                   )   C O M P L A I N T
                                         )
10 EXPERIAN CORPORATION, Corporation,    )
   DONALD GIRARD, Vice President, in     )   Libel Slander;
11 his individual and personal           )   Defamation of Character;
   capacities, et al.,                   )   False Information on
12                                       )   Credit Report;
           Defendants.                   )   False Social Security
13                                       )   Number;
                                         )   Consumer Protection
14                                           Violations,

15      Plaintiff, Antonio Alvande, and for his cause of action

16 alleges as follows:

17                         I.

18              JURISDICTION AND VENUE

19 1.   This Court has jurisdiction to hear and decide this case

20 based upon the Defendant establishing a Credit Bureau

21 Corporate Status throughout the United States including the

22 State of Arizona.

23 2.   Venue is invoked by all relevant activity giving

24 rise to this Complaint occurred in Maricopa County Arizona.

25 Therefore jurisdiction is proper with this Court.

26

27 //                        -1-

28 ///

-2-

## II.

### Parties

1.    Plaintiff is currently a resident of Arizona and resides in Phoenix Arizona.

2.    Defendant Experian Corporation is a Corporation who engages in listing the Credit Bureau business and Defendant Donald Girard is the Vice President of the Corporation.  The address of the Corporation for the Arizona division is located at Experian, 475 Anton Boulevard, Costa Mesa, CA 92626,.

### III.

### FACTUAL BACKGROUND

3.    Defendant Experian Corporation for the past Three to Five Years from filing the Complaint has placed wrongful information on Plaintiff's Credit Report pertaining to his name; Social Security Number; and the Seven Year Freeze applied to a Fraud Alert unauthorized by Plaintiff.

4.    Defendants have refused to cooperate with Plaintiff's request to correct this information and as a result of the wrongful information placed on Plaintiff's Credit Bureau File, by Defendants.  Plaintiff name and reputation have been slandered by the erroneous wrongful Social Security Number applied to Plaintiff's Credit History and as a result several account collection debts under Social Security Number (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), have been placed on Plaintiff's Credit Report for Collections of these wrongful debts.

5.    Plaintiff can also produce a Equifax Credit File; August 3, 2005, which implicates the Defendants of violating the Consumer Protection Act and the State Rosenthal Fair Debt

-2-

-3-

Collection Practices Act and the federal Fair Debt Collection
Practices Act.

### IV.

#### Common Allegations

6.   Defendant Experian Corporation and its V.P. Donald Girard,
have caused Plaintiff to be denied credit applications and
approval based upon false information on his Credit Report.

#### Count Two

7.   Defendant Experian Corporation and its V.P. Girard
have violated the Consumer Protection Act by slandering
Plaintiff's name and reputation by placing false debts on
Plaintiff's Credit Report, for several years.

#### Count Three

8.   Defendant Experian Corporation et al, and its V.P. Girard
by using a false Social Security Number to collect false debts
from Plaintiff have violated the Consumer Protection Act and
the Federal Fair Debt Collection Practices Act.

#### Count Four

9.   Defendants by spelling Plaintiff's name wrong as (ANTONIO
A ALVANDE 2) on his Credit Report File currently in the
Defendants files represents a fraudulent misrepresentation
to slander Plaintiff's name reputation and Credit History.

#### Count Five

10.  Defendants Experian Corporation its V.P. Donald Girard
et al, have slandered Plaintiff's name and reputation by
their willful and wrongful intent to file false information
on Plaintiff's Credit Report File which has caused Plaintiff
loss of credit card applications; loans; accounts by the

-3-

-4-

1  Defendants intent to willfully place wrongful debts on

2  Plaintiffs Credit File and by using a wrong Social Security

3  Number and spelling Plaintiff's name wrong.

**Count Six**

5  11.  Defendants are a national Credit Report Bureau and by

6  filing a false Social Security Number and outstanding Debts

7  placed on Plaintiff's Credit Report History in the Defendant's

8  file has slandered and defamed Plaintiff's name and reputation

9  and character.

**Count Seven**

11  12.  Defendants by slandering Plaintiff's name and reputation

12  by placing false information and debts on his Credit Report

13  have violated the Consumer Protection Act and the Federal Fair

14  Debt Collections Practices Act.

**Count Eight**

16  13.  Plaintiff has suffered damages by the Defendants negligence

17  and failure to correct the wrongful information on Plaintiff's

18  Credit History Report, filed by the Defendants, et al.

19      WHEREFORE, Plaintiff prays for relief as follows:

20      A.  Jury Trial is demanded herein;

21      B.  Plaintiff demands the Defendants pay Plaintiff

22  punitive damages in the amount of $3,000,000,00 (Three Million

23  Dollars) with interest.

24      C.  Plaintiff demands the Defendants pay Plaintiff

25  compensatory damages in the amount of $4,000,000,00 (Four

26  Million Dollars), for each and every day Plaintiff's Credit

27  Report History is not corrected by Defendants.

28  //                          -4-

-5-

1    D.   Special Damages:

2        Plaintiff demands that the Court award Spcial Damages

3    to Plaintiff for pain and suffering and loss of his name and

4    reputation.

5        E.  For his reasonable attorney's fees and costs in

6    bringing this action;

7        F.  For whatever additional relief this Court deems just

8    and proper.

9        RESPECTFULLY SUBMITTED this 3 Rd day of July 2007.

10   _____
                                    Antonio Alvande

11                                  Plaintiff

12   ORIGINAL AND ONE COPY was filed
     this 12th day of June 2007 with:

13
     CLERK
14   Maricopa County Superior Court
     101/201 West Jefferson Street
15   Phoenix Arizona 85003

16

17

18

19

20

21

22

23

24

25

26

27

28                          -5-

MICHAEL K. JEANES. CLERK
BY *M. Knox* DEP
FILED

2007 JUL -3 PM 5: 14

NAME:  ANTONIO ALVANDE

ADDRESS: P.O. BOX 7034

CITY, STATE, ZIP: PHOENIX ARIZONA 85011-7034

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

ANTONIO ALVANDE

_____
                PLAINTIFF,

VS.
EXPERIAN CORPORATION,
DONALD GIRARD, Vice President,
et al,

_____
                DEFENDANT.

)
)
)
)
) NO. _____
)
)
)
)
)
)
)
)
)

CV2007-012047

**CERTIFICATE OF
COMPULSORY
ARBITRATION**

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs **does / does not** exceed limits set by Local Rule for compulsory arbitration. This case **is / is not** subject to the Uniform Rules of Procedure for Arbitration.

SUBMITTED this 3rd day of JULY, 2007.

BY _____

CCA

Form #200  LRD 3/20/01  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County



Timothy J. Eckstein, 018321
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona  85012-2793
Telephone:  (602) 640-9316
Facsimile:  (602) 664-2069
E-mail:  teckstein@omlaw.com

Attorneys for Experian Information Solutions, Inc.



COPY

OCT - 9 2007

MICHAEL K. JEANES, CLERK
O.L. GABLE
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ANTONIO ALVANDE, a single man, | No. CV2007-012047 |
| Plaintiff, | **DEFENDANT EXPERIAN** |
| vs. | **INFORMATION SOLUTIONS, INC.'S ANSWER AND** |
| EXPERIAN CORPORATION, Corporation, DONALD GIRARD, Vice President, in his individual and personal capacities, et al., | **AFFIRMATIVE DEFENSES TO PLAINTIFF ANTONIO ALVANDE'S COMPLAINT** |
| Defendant. | (Assigned to the Honorable Glenn Davis) |

Defendants Experian Information Solutions, Inc. ("Experian"), erroneously

sued as Experian Corporation, and Donald Girard, Public Relations Director for

Experian ("Donald Girard"), erroneously sued as Donald Girard, Vice President,

(collectively, "Experian") hereby answer the Complaint of Plaintiff Antonio Alvande

("Plaintiff") as follows:

## GENERAL DENIAL

Pursuant to Rule 8(b) of the Arizona Rules of Civil Procedure, Experian

denies, generally and specifically, each and every allegation of the Complaint.

Experian further denies that Plaintiff has suffered, or will suffer, any injury,

detriment, damage or loss, or is entitled to costs, expenses or attorneys' fees in any

matter or sum whatsoever, by reason of any act or omission of Experian, its agents,

employees and/or anyone acting on Experian's behalf.  Experian further denies that

Plaintiff is entitled to the relief sought, or to any relief whatsoever.

1

**AFFIRMATIVE DEFENSES**

As separate and distinct affirmative defenses to the Complaint, Experian alleges as follows:

**FIRST AFFIRMATIVE DEFENSE**

**(FAILURE TO STATE A CLAIM AGAINST EXPERIAN)**

1.     The Complaint, and each purported cause of action therein, fails to state facts sufficient to constitute a cause of action against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever, from Experian.

**SECOND AFFIRMATIVE DEFENSE**

**(IMMUNITY)**

2.     Plaintiff's claims are barred as against Experian by the qualified immunity of 15 U.S.C. § 1681h(e).

**THIRD AFFIRMATIVE DEFENSE**

**(TRUTH/ACCURACY)**

3.     Plaintiff's claims are barred as against Experian because all information Experian communicated to any third person regarding Plaintiff was true.

**FOURTH AFFIRMATIVE DEFENSE**

**(FAILURE TO MITIGATE DAMAGES)**

4.     Plaintiff has failed to mitigate his damages.

**FIFTH AFFIRMATIVE DEFENSE**

**(LACHES)**

5.     The Complaint and each claim for relief therein are barred by laches.

**SIXTH AFFIRMATIVE DEFENSE**

**(CONTRIBUTORY/COMPARATIVE FAULT)**

6.     Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff was, at least in part, caused by the actions of Plaintiff

2

himself and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

### SEVENTH AFFIRMATIVE DEFENSE

### (ESTOPPEL)

7.     Any damages that Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages whatsoever as against Experian.

### EIGHTH AFFIRMATIVE DEFENSE

### (STATUTE OF LIMITATIONS)

8.     Experian is informed and believes and thereon alleges that all claims for relief in the Complaint against Experian are barred by the applicable statutes of limitation.

### NINTH AFFIRMATIVE DEFENSE

### (INTERVENING CAUSE)

9.     Plaintiff's alleged damages, which Experian continues to deny, were not caused by Experian but by an independent intervening cause, including but not limited to accurate negative information regarding Plaintiff.

### TENTH AFFIRMATIVE DEFENSE

### (UNCLEAN HANDS)

10.     The Complaint, and each claim for relief therein that seeks equitable relief, are barred by the doctrine of unclean hands.

### ELEVENTH AFFIRMATIVE DEFENSE

### (INDEMNIFICATION)

11.     Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## TWELFTH AFFIRMATIVE DEFENSE

### (IMPROPER REQUEST FOR PUNITIVE DAMAGES)

12.    Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

13.    Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER

WHEREFORE, Defendant Experian prays as follows:

1.    That Plaintiff take nothing by reason of the Complaint herein;

2.    That the Complaint be dismissed in its entirety as to Experian;

3.    That Experian be awarded costs of suit and reasonable attorneys' fees incurred herein; and

4.    For such other and further relief as the Court may deem just and proper.

DATED this _9th_ day of October, 2007.

OSBORN MALEDON, P.A.

By _TuEL_
_____
Timothy J. Eckstein
2929 North Central Avenue
Suite 2100
Phoenix, Arizona  85012-2793

Attorneys for Experian Information
Solutions, Inc.

4

1   COPY of the foregoing mailed this
    9th day of October, 2007 to:
2

3   Antonio Alvande
    Post Office Box 7034
4   Phoenix, Arizona 85011-7034

5   Plaintiff Pro Per

6

7

8   1764607_1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5



**SUPERIOR COURT OF ARIZONA**
**MARICOPA COUNTY**

**\*\*FILED\*\***
10/10/2007
Clerk of the Court

10/6/2007

COURT ADMINISTRATION

Ct. Admin
Deputy

**Case Number:  CV2007-012047**

**Antonio Alvande**

**V.**

**Experian Corporation**

---

The Judge assigned to this action is the Honorable Glenn Davis

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 7/3/2007 is subject to dismissal pursuant to Rule 4 (i), Arizona Rules of Civil Procedure.  The deadline for completing service is 10/31/2007.  If no judge has extended time for completing service and no defendants have been served by this date, this case will be dismissed.