IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonio Alvande,<br><br>           Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>           Defendants. | No. CV-07-2019-PHX-FJM<br><br>**ORDER** |

In our order of May 30, 2008 (doc. 36), we required plaintiff to appear for his deposition no later than June 20, 2008, or else we would grant the defendants' motion to dismiss for lack of prosecution. Meanwhile, "Defendants' Motion and Notice of Motion for Summary Judgment against Plaintiff Antonio Alvande" (doc. 32) is ripe for consideration, the plaintiff has not responded to it and the time for response has expired. In addition, although not yet ripe for ruling because the response time has not expired, "Defendants' Notice of Motion and Motion to Dismiss" (doc. 37), states that plaintiff failed to comply with this court's order of May 30, 2008.

Plaintiff has failed to meet his obligation to respond to the motion for summary judgment under Rule 56(e)(2), Fed. R. Civ. P. Under LRCiv 7.2(i), plaintiff's non-compliance is deemed a consent to the granting of the motion. It appears that in every respect, plaintiff has abandoned this action.

1    Accordingly, IT IS ORDERED GRANTING "Defendants' Motion for Summary
2 Judgment Against Plaintiff Antonio Alvande" (doc. 32). This moots defendants' "Motion
3 to Dismiss (doc. 37). The clerk shall enter final judgment against Plaintiff and in favor of
4 Defendants.

5    DATED this 3rd day of July, 2008.

_____
Frederick J. Martone
United States District Judge